NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ALEXIS GONZALEZ,                          )
                                          )
              Appellant,                  )
                                          )
v.                                        )        Case No. 2D18-1862
                                          )
STATE OF FLORIDA,                         )
                                          )
              Appellee.                   )
                                          )
_____   )

Opinion filed July 3, 2019.

Appeal from the Circuit Court for Lee
County; Bruce E. Kyle, Judge.

Howard L. Dimmig, II, Public Defender,
and Kevin Briggs, Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and C. Suzanne Bechard,
Chief-Assistant Attorney General, Tampa,
for Appellee.

PER CURIAM.

              Affirmed.

SILBERMAN, BLACK, and ATKINSON, JJ., Concur.